AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Julie A. Graves | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 1:10-CV-174 |
| v. | |
| Central Credit Services, Inc., et al | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Julie A. Graves and against defendant Central Credit Services, Inc. for $3,000.00 plus reasonable attorneys fees and costs.


Date: January 20, 2011                                                  MICHAEL J. ROEMER, CLERK


                                                                              By:   s/Deborah M. Zeeb
                                                                                       Deputy Clerk